**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| **CAROLINA RENOVATION WAREHOUSE, LLC,** | ) | **Case No. 26-40048** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

<u>**NOTICE OF OPPORTUNITY FOR HEARING**</u>:

**NO HEARING WILL BE HELD UNLESS REQUEST FOR HEARING IS FILED**

 **PLEASE TAKE NOTICE** that counsel for the above-captioned debtor (the "Movant"), has filed with the Court that certain **OBJECTION TO CLAIM OF NOVUS CAPITAL FUNDING II, LLC** (the "Objection").

 **PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Motion. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

 **PLEASE TAKE FURTHER NOTICE** that in order for a hearing to be held on the Motion, written responses, if any, must be filed on or before **30 days from the date of this notice** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Motion, or if you oppose it in any way, you MUST:

 (i)  File a formal, written response with the Bankruptcy Court

       Clerk, United States Bankruptcy Court
       Charles Jonas Federal Building
       401 West Trade Street
       Charlotte, North Carolina 28234-4189

 (ii)  Serve a copy of your response to all parties in interest, including:

       U.S. Bankruptcy Administrator
       402 West Trade Street
       Charlotte, North Carolina 28202

       and

       John C. Woodman
       Essex Richards
       1701 South Blvd
       Charlotte, North Carolina 28203

**PLEASE TAKE FURTHER NOTICE** that IF RESPONSES ARE TIMELY FILED that a hearing will be held on the Objection on **July 14, 2026 at 9:30 a.m.  (EST)** before the Honorable Ashley Edwards in at the United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 2B, 401 West Trade Street, Charlotte North Carolina.

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not file a written response to the Objection on or before the Response Deadline, the Court may grant the relief requested in the Objection without a hearing. No further notice will be given.

Dated: Charlotte, North Carolina
May 23, 2026

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Blvd.
Charlotte, North Carolina 28203
(704) 377-4300
jwoodman@essexrichards.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| **CAROLINA RENOVATION WAREHOUSE, LLC,** | ) | **Case No. 26-40048** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## OBJECTION TO CLAIM OF NOVUS CAPITAL FUNDING II, LLC

**NOW COMES** the above-captioned debtor, CAROLINA RENOVATION WAREHOUSE, LLC (the "Debtor") by and through counsel, pursuant to 11 U.S.C. § 502 and Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure and hereby objects to the claim of Novus Capital Funding II, LLC (the "Claimant"), and respectfully shows the Court as follows:

1.      Debtor scheduled Claimant as a claim in the amount of $100,000.00.

2.      Claimant filed its *Proof of Claim* in this bankruptcy proceeding on April 30, 2026. *See* Claim No. 26-1 (the "Claim").

3.      The Claim asserted by Claimant is allegedly unsecured but in the amount of $110,656.18.

4.      Specifically, attached to the Claim was a *Future Receipts Sale and Purchase Agreement* dated September 16, 2025.

5.      Claimant purportedly extended $125,000.00[1] to the Debtor for the payment of at least $181,250.00.

6.      Debtor was required to remit $6,041.67 on a weekly basis.

---

[1] Amount does not include certain fees and expenses that Claimant deducted before furnishing the proceeds.

## BASIS FOR RELIEF REQUESTED

7.      This Objection is brought pursuant to §§ 105, 502, and 506 of the Code and Rules 3001 through 3007 of the Federal Rules of Bankruptcy Procedure.

## ARGUMENT

8.      Pursuant to section 502(d), the Debtor also objects on the grounds that the Claimant is liable for preference and/or fraudulent transfer claims held by the estate under sections 544, 547 and 548.

## RESERVATION OF RIGHTS

9.      Should the objection to any of the claims addressed in this Objection be denied or overruled, the Debtor reserves the right to object to such claims on other grounds subsequently determined to be appropriate, regardless of the occurrence of any deadline for filing objections to claims or for initiating avoidance actions.

**WHEREFORE**, the Debtor respectfully requests that the Court authorize the relief sought in this objection by disallowing the claim of Novus Capital Funding II, LLC and for such other and further relief as the Court may deem just and proper.

Dated: Charlotte, North Carolina
May 23, 2026

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Blvd.
Charlotte, North Carolina 28203
(704) 377-4300
*Counsel for the Debtor*

4