**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| **CAROLINA RENOVATION WAREHOUSE, LLC,** | ) | **Case No. 26-40048** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**<u>NOTICE OF OPPORTUNITY FOR HEARING</u>:**

**NO HEARING WILL BE HELD UNLESS REQUEST FOR HEARING IS FILED**

    **PLEASE TAKE NOTICE** that counsel for the above-captioned debtor (the "Movant"), has filed with the Court that certain **OBJECTION TO CLAIM OF THIS IS IT'S, LLC** (the "Objection").

    **PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Motion. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

    **PLEASE TAKE FURTHER NOTICE** that in order for a hearing to be held on the Motion, written responses, if any, must be filed on or before **30 days from the date of this notice** (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Motion, or if you oppose it in any way, you MUST:

    (i)    File a formal, written response with the Bankruptcy Court

            Clerk, United States Bankruptcy Court
            Charles Jonas Federal Building
            401 West Trade Street
            Charlotte, North Carolina 28234-4189

    (ii)    Serve a copy of your response to all parties in interest, including:

            U.S. Bankruptcy Administrator
            402 West Trade Street
            Charlotte, North Carolina 28202

            and

            John C. Woodman
            Essex Richards
            1701 South Blvd
            Charlotte, North Carolina 28203

**PLEASE TAKE FURTHER NOTICE** that IF RESPONSES ARE TIMELY FILED that a hearing will be held on the Objection on **July 14, 2026 at 9:30 a.m. (EST)** before the Honorable Ashley Edwards in at the United States Bankruptcy Court, Charles Jonas Federal Building, Courtroom 2B, 401 West Trade Street, Charlotte North Carolina.

**PLEASE TAKE FURTHER NOTICE** that, if you or your attorney do not file a written response to the Objection on or before the Response Deadline, the Court may grant the relief requested in the Objection without a hearing. No further notice will be given.

Dated: Charlotte, North Carolina
May 23, 2026

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Blvd.
Charlotte, North Carolina 28203
(704) 377-4300
jwoodman@essexrichards.com

2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| **CAROLINA RENOVATION WAREHOUSE, LLC,** | ) | **Case No. 26-40048** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## OBJECTION TO CLAIM OF THIS IS IT'S, LLC

**NOW COMES** the above-captioned debtor, CAROLINA RENOVATION WAREHOUSE, LLC (the "Debtor") by and through counsel, pursuant to 11 U.S.C. § 502 and Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure and hereby objects to the claim of This is IT's, LLC (the "Claimant"), and respectfully shows the Court as follows:

1.      Debtor scheduled Claimant as a claim in the amount of $9,032.00.

2.      Claimant filed its *Proof of Claim* in this bankruptcy proceeding on March 23, 2026. *See* Claim No. 6-1 (the "Claim").

3.      The Claim asserted by Claimant is unsecured in the amount of $19,756.00.

4.      On May 21, 2026, the Debtor filed its *Plan of Reorganization Pursuant to § 1190 of the Bankruptcy Code.* (the "Plan") [Doc. 81].

5.      The Plan states that the Commercial Lease in favor of the Claimant will be cured through the terms of the Plan.

6.      Moreover, the Debtor has been preforming pursuant to contract since the Petition Date.

7.      Consequently, the Debtor objects to the Claim on the basis that (i) the Claim amount is inflated; and (ii) the Debtor will cure any pre-petition amount owed, as is provided for in the Plan.

3

## **RESERVATION OF RIGHTS**

8.      Should the objection to any of the claims addressed in this Objection be denied or overruled, the Debtor reserves the right to object to such claims on other grounds subsequently determined to be appropriate, regardless of the occurrence of any deadline for filing objections to claims or for initiating avoidance actions.

**WHEREFORE**, the Debtor respectfully requests that the Court authorize the relief sought in this objection by disallowing the claim of This is IT's, LLC and for such other and further relief as the Court may deem just and proper.

Dated: Charlotte, North Carolina
May 23, 2026

**ESSEX RICHARDS, P.A.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Blvd.
Charlotte, North Carolina 28203
(704) 377-4300
*Counsel for the Debtor*

4